IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:    Karen C. Pugh | ) | Chapter 13 |
|                Debtor | ) | |
| | ) | No. 18-15104-AMC |
| | ) | |
| | ) | |

CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                        /s/David M. Offen
                                        David M. Offen
                                        Attorney for Debtor

Date: 10/09/18