United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 18-15104-elf
Karen C Pugh Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: May 27, 2022      Form ID: 138OBJ      Total Noticed: 65

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen C Pugh, 5915 Charles Street, Philadelphia, PA 19135-3810 |
| 14175752 | | Cmg Mortgage Inc, 3160 Crow Canyon, San Ramon, CA 94583 |
| 14175759 | + | DSRM Nat Bank/Valero, Attn: Bankruptcy, Po Box 696000, San Antonio, TX 78269-6000 |
| 14175763 | | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14175766 | | Global Credit & Collection Corp, 5540 N Cumberland Ave, STE 300, Chicago, IL 60656-1490 |
| 14175767 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14175769 | | Mercantile Adjustment Bureau, LLC, P.O. Box 9055, Williamsville, NY 14231-9055 |
| 14175770 | + | Michael F. Ratchford, Esq., 409 Lackawanna Avenue, Suite 3C, Scranton, PA 18503-2059 |
| 14175785 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14175786 | + | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14175788 | + | Police And Fire Fcu, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2051 |
| 14175805 | + | Wf/fmg, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2022 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14175744 | | Email/Text: bnc@alltran.com | May 27 2022 23:59:00 | Alltran Financial, LP, P.O. Box 722910, Houston, TX 77272-2910 |
| 14198853 | + | Email/PDF: rmscedi@recoverycorp.com | May 28 2022 00:00:40 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14262119 | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14175751 | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14211099 | + | Email/Text: BKelectronicnotices@cenlar.com | May 27 2022 23:59:00 | CMG Mortgage, Inc., c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 14175745 | | Email/Text: clientrep@capitalcollects.com | May 27 2022 23:59:00 | Capital Collection Service, P.O. Box 150, West Berlin, NJ 08091-0150 |
| 14175746 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2022 00:00:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14187579 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 18-15104-elf    Doc 39    Filed 05/29/22    Entered 05/30/22 00:29:04    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: 138OBJ | Total Noticed: 65 |

| | | | |
|---|---|---|---|
| 14202294 | Email/PDF: bncnotices@becket-lee.com | May 28 2022 00:00:38 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14175748 | + Email/Text: ngisupport@radiusgs.com | May 28 2022 00:11:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14175750 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 23:59:00 | Central Credit Services LLC, P.O. Box 390916, Minneapolis, MN 55439-0911 |
| 14175753 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2022 00:11:31 | Citibank North America, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14175754 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2022 23:59:00 | Comenity - Boscov's, PO Box 659622, San Antonio, TX 78265-9622 |
| 14175755 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2022 23:59:00 | Comenity - Crate and Barrel, PO Box 659705, San Antonio, TX 78265-9705 |
| 14175756 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2022 23:59:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14175757 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2022 23:59:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14175804 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 23:59:00 | Comenitycapital/c21, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14175759 | ^ MEBN | May 28 2022 00:11:31 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14212050 | Email/Text: bnc-quantum@quantum3group.com | May 28 2022 00:03:09 | DSRM Nat Bank/Valero, Attn: Bankruptcy, Po Box 696000, San Antonio, TX 78269-6000 |
| 14179166 | Email/Text: mrdiscen@discover.com | May 27 2022 23:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14175758 | + Email/Text: mrdiscen@discover.com | May 27 2022 23:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14175760 | + Email/Text: egssupportservices@alorica.com | May 27 2022 23:59:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14175762 | Email/Text: data_processing@fin-rec.com | May 27 2022 23:59:00 | EGS Financial Care, Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 14175764 | Email/Text: crdept@na.firstsource.com | May 27 2022 23:59:00 | Financial Recovery Services, Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 14175765 | + Email/Text: Banko@frontlineas.com | May 27 2022 23:59:00 | Firstsource Advantage, LLC, P.O. Box 628, Buffalo, NY 14240-0628 |
| 14175749 | Email/PDF: ais.chase.ebn@aisinfo.com | May 27 2022 23:59:00 | Frontline Asset Strategies, LLC, 2700 Snelling Ave N., Ste 250, Roseville, MN 55113-1783 |
| 14175768 | + Email/Text: PBNCNotifications@peritusservices.com | May 28 2022 00:00:43 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14200130 | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2022 23:59:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| | | May 28 2022 00:00:38 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14190173 | + Email/Text: bankruptcydpt@mcmcg.com | May 27 2022 23:59:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14175769 | ^ MEBN | May 28 2022 00:03:09 | Mercantile Adjustment Bureau, LLC, P.O. Box 9055, Williamsville, NY 14231-9055 |
| 14175771 | + Email/Text: bankruptcydpt@mcmcg.com | May 27 2022 23:59:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |

Case 18-15104-elf   Doc 39   Filed 05/29/22   Entered 05/30/22 00:29:04   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: 138OBJ | Total Noticed: 65 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14175780 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2022 23:59:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14175781 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 27 2022 23:59:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14175784 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 27 2022 23:59:00 | Navy Federal Cu, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14191170 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2022 00:00:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14176333 | + | Email/PDF: rmscedi@recoverycorp.com | May 28 2022 00:00:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14200131 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2022 00:00:40 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14175789 | + | Email/PDF: rmscedi@recoverycorp.com | May 28 2022 00:00:43 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14184663 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2022 23:59:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14175792 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2022 00:11:20 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14175795 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2022 00:00:43 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14175796 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2022 00:00:43 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14175793 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2022 00:00:38 | Syncb/car Care Pep B, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14175794 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2022 00:00:43 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14175797 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2022 00:00:38 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14175798 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2022 00:00:40 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14175799 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2022 00:00:38 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14175800 | + | Email/PDF: gecsedi@recoverycorp.com | May 28 2022 00:00:43 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14175801 | | Email/Text: bncmail@w-legal.com | May 27 2022 23:59:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14175802 | + | Email/PDF: tbiedi@PRAGroup.com | May 28 2022 00:00:43 | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 14202260 | | Email/Text: bankruptcy@unifund.com | May 27 2022 23:59:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14209537 | + | Email/PDF: ebn_ais@aisinfo.com | May 28 2022 00:00:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14175803 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 27 2022 23:59:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 55

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: 138OBJ | Total Noticed: 65 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14175747 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14175761 | *+ | EGS Financial Care, Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 14175772 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14175773 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14175774 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14175775 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14175776 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14175777 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14175778 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14175779 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14175782 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14175783 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14175787 | *+ | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14175790 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14175791 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Karen C Pugh dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Karen C Pugh

    Debtor(s)

Case No: 18−15104−elf

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/27/22

36 − 32
Form 138OBJ